Cecelia D. Kelly, Appellant, v. Raymond Blendinger, Respondent.

Argued October 26, 1942; decided December 3, 1942.

*Clayton M. Smith* for appellant.

*Thomas R. Wheeler* and *Edward L. Robinson, Jr.,* for respondent.

Judgment of Appellate Division reversed and a new trial granted, with costs to abide the event on the ground that questions of fact were presented by the evidence and were properly submitted to the jury. No opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J., and FINCH, J.